# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALTON GRISHAM,

       Plaintiff(s),

v.

STEPHENS & MICHAELS ASSOCIATES, INC., et al.,

       Defendant(s).

2:12-CV-865 JCM (PAL)

### ORDER

Presently before the court is pro se plaintiff's, Alton Grisham, motion to dismiss (doc. # 22). Defendant Stephens & Michaels Associates, Inc. ("Stephens") filed a non-opposition. (Doc. # 24).

Previously, plaintiff and defendant Pinnacle Credit Services, LLC ("Pinnacle") filed a stipulation to dismiss Pinnacle from the action with prejudice. (Doc. # 20). This court granted the stipulation. (Doc. # 21).

The only remaining defendant is Stephens. Plaintiff states in his motion to dismiss that the parties have reached a resolution and that Stephens should be dismissed with prejudice.[1]

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for summary judgment (doc. # 13) be, and the same hereby, is DENIED as moot.

---

[1] The court waited to rule on the pending motion for summary judgment (doc. # 13) because of the notices of pending settlement. (Docs. ## 18-19).

**James C. Mahan**
**U.S. District Judge**

1          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that pro se plaintiff's motion
2   to dismiss (doc. # 22) be, and the same hereby, is GRANTED.
3          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Stephens &
4   Michaels Associates, Inc., shall be dismissed with prejudiced.
5          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the clerk of the court
6   shall close the case.
7          DATED February 12, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -